## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 24th day of March, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA FIRST CLASS MAIL

Attn: President/Chief Executive Officer
Corporate Safe Specialists
14800 McKinley Avenue
Posen, IL 60469

_____
Mary E. Augustine, Esq. (No. 4477)

581093v1